**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**ADAM SHEPHEARD**                                                                                 **PLAINTIFF**

**V.**                                                                                 **NO. 4:25-CV-204-DMB-RP**

**J. MORGAN, DEIRDRE**
**HUGGINS**                                                                                 **DEFENDANTS**

**<u>ORDER</u>**

On December 16, 2025, Adam Shepheard, a prisoner in the custody of the Mississippi Department of Corrections,[1] filed a pro se complaint in the United States District Court for the Northern District of Mississippi against J. Morgan and Deirdre Huggins, asserting "cruel and unusual punishment" based on allegations that he "ha[s] been refused transfer to a regional [sic] thereby keeping [him] away from [his] family." Doc. #1 at 4, 5. The next day, on December 17, the Court entered an order requiring Shepheard to submit within thirty days the PSP forms[2] attached to the order, warning Shepheard that "failure to return one or the other of the forms within thirty (30) days will be deemed as a purposeful delay and contumacious act by [him] and may result in this case being dismissed sua sponte, without prejudice, without further written notice." Doc. #4 at PageID 22, 23 (emphases omitted).

Despite the warning in the December 17 order, Shepheard has failed to comply with the order because he has not returned the PSP forms, and his deadline to do so has expired. Consequently, pursuant to Federal Rule of Civil Procedure 41(b), due to Shepheard's failure to

---

[1] According to his complaint, Shepheard is confined at the Mississippi State Penitentiary in Parchman, Mississippi. Doc. #1 at 2, 11.

[2] "Attached [were] (1) Notice (Form PSP-1); (2) Acknowledgment of Receipt and Certification (Form PSP-3); (3) Consent or Declination to Magistrate Judge Jurisdiction; and (4) a form by which [Shepheard] may voluntarily dismiss this lawsuit (Form PSP-4)." Doc. #4 at PageID 22.

prosecute his claims and failure to comply with a court order, this case is **DISMISSED without prejudice**.

 **SO ORDERED**, this 6th day of April, 2026.

         **/s/Debra M. Brown**
         **UNITED STATES DISTRICT JUDGE**